IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:92-cr-01027-MP-AK

EDGAR ARNOLD GARCIA,

    Defendant.
_____/

# O R D E R

This matter is before the Court on Doc. 110, Edgar Arnold Garcia's Motion for Reconsideration of this Court's Order Adopting the Magistrate's Report and Recommendation and denying Defendant's Motion to Vacate, Doc. 107.  Defendant has also filed an inquiry as to whether his motion for reconsideration was timely filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, Doc. 111.  Under Rule 59(e), "[a]ny motion to alter or amend a judgment shall be filed no later than 10 days after entry of the judgment."  FED. R. CIV. P. 59(e).  Defendant's motion was not filed within ten days of *entry* of the judgment.  "The 10-day time limitation for serving a Fed.R.Civ.P. 52(b) motion is jurisdictional and cannot be extended by the district court."  Nisson v. Lundy, 975 F.2d 802, 806 (11th Cir. 1992).  Therefore, this court is without jurisdiction to entertain defendant's motion.  Accordingly, it is

**ORDERED AND ADJUDGED:**

Defendant's Motion for Reconsideration, Doc. 110, is dismissed for lack of jurisdiction.

**DONE AND ORDERED** this   *20th* day of July, 2006

                     *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge