IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:92-cr-01027-MP-AK

EDGAR ARNOLD GARCIA,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 114, Edgar Arnold Garcia's Motion to Alter or Amend Judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. Defendant asks this court to amend its order in Doc. 112, dismissing Defendant's motion for reconsideration as untimely. Under Rule 59(e), "[a]ny motion to alter or amend a judgment shall be filed no later than 10 days after entry of the judgment." FED. R. CIV. P. 59(e). Defendant's first motion for reconsideration, Doc. 110, was not filed within ten days of *entry* of the judgment. The court has no power to enlarge the ten-day filing period of Rule 59(e) of the Federal Rules of Civil Procedure. Therefore, this court was without jurisdiction to entertain Defendant's first motion for reconsideration. Accordingly, it is

    **ORDERED AND ADJUDGED:**

Defendant's Motion to Alter or Amend Judgment, Doc. 114, is dismissed.

    **DONE AND ORDERED** this  *8th* day of August, 2006

                           *s/Maurice M. Paul*
                       Maurice M. Paul, Senior District Judge