IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:92-cr-01027-MP-AK

EDGAR ARNOLD GARCIA,

    Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 137, Motion for Judicial Recusal, filed by Defendant Edgar Garcia. In his motion, Defendant moves for my recusal in this case for alleged "pervasive bias and prejudice." Under 28 U.S.C. § 455(a), a judge must recuse himself whenever his impartiality might reasonably be questioned. "[A]dverse rulings alone do not provide a party with a basis for holding that the court's impartiality is in doubt." Byrne v. Nezhat, 261 F.3d 1075, 1103 (11th Cir. 2001). Defendant Garcia utilizes the vast majority of his motion for recusal to argue the merits of his petition for a writ of habeas corpus, which has already been denied. Importantly though, Defendant does not cite a single example beyond adverse rulings that demonstrates bias or prejudice. Defendant fails to demonstrate facts which reasonably place the undersigned's impartiality in doubt. Therefore, Defendant's motion for recusal is denied.

    **DONE AND ORDERED** this   _20th_ day of March, 2008

                               *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge